GEORGE LOMBARDI *v.* CITY OF GROTON ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 26 Conn. App. 157, is denied.

*Richard A. Schatz* and *Raymond L. Baribeault, Jr.,* in support of the petition.

*Barry J. Ward,* in opposition.

Decided January 16, 1992

---

STATE OF CONNECTICUT *v.* JACK SCUILLA

The defendant's petition for certification for appeal from the Appellate Court, 26 Conn. App. 165, is denied.

*Robert G. Golger,* in support of the petition.

*Richard F. Jacobson,* assistant state's attorney, in opposition.

Decided January 16, 1992

---

VALENTINO CICCONE *v.* ADMINISTRATOR, UNEMPLOYMENT COMPENSATION ACT, ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 26 Conn. App. 916, is denied.

*Dominick Modugno,* in support of the petition.

*Thomas P. Clifford III,* assistant attorney general, in opposition.

Decided January 16, 1992